DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHERMAN BALCH,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,** et al.**,**
Appellee.

No. 4D21-0959

[March 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502017CA5002.

Sherman Balch, Palm City, pro se.

Hallie S. Evans of Troutman Pepper Hamilton Sanders, LLP, Atlanta, Georgia, for appellee.

PER CURIAM.

*Affirmed. See Inv. Tr. Servs., LLC v. DLJ Mortg. Cap., Inc.*, 225 So. 3d 833, 833 (Fla. 5th DCA 2017) (stating that "[t]he law is well settled that a purchaser pendente lite is not entitled to intervene or otherwise be made a party to the ongoing lawsuit"); *Intermediary Fin. Corp. v. McKay*, 111 So. 531, 531 (Fla. 1927) (explaining that "[t]his court is committed to the doctrine that a purchaser pendente lite is not entitled to intervene").

CONNER, C.J., GROSS and MAY, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***